| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | United States Attorney |
|   | MATHEW W. PILE |
| 3 | Associate General Counsel |
|   | Office of Program Litigation, Office 7 |
| 4 | DAVID PRIDDY (ILSBN 6313767) |
|   | Special Assistant United States Attorney |
| 5 | Office of Program Litigation, Office 7 |
|   | Office of the General Counsel |
| 6 | Social Security Administration |
| 7 | 6401 Security Boulevard |
|   | Baltimore, MD 21235 |
| 8 | Telephone: (510) 970-4801 |
|   | David.Priddy@ssa.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| KULWANT SINGH SIDHU, | Civil No. 1:23-CV-01358-SKO |
| Plaintiff, | STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended fourteen (14) days from March 18, 2024, up to and including April 1, 2024.  This is Defendant's first request for an extension to file a brief in this action and there is good cause to grant this request.

Defendant's brief is due March 18, 2024.  Our office has hired several new attorneys that started in the beginning of September 2023.  Defendant's counsel is assigned to mentor one of the new attorneys and review her briefing, which requires a significant amount of time and training.  This case is being used as a training case.  An additional fourteen days would provide Defendant's counsel with sufficient time to review the new attorney's work and properly respond to Plaintiff's opening brief.  For these reasons, this Court should grant Defendant's unopposed request and extend the deadlines to file a response to Plaintiff's opening brief and the optional reply brief.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 13, 2024

/s/ *Jonathan Omar Pena*

(*as authorized via e-mail on March 12, 2024)

JONATHAN OMAR PENA
Attorney for Plaintiff

Dated: March 13, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ *David Priddy*

DAVID PRIDDY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (Doc. 17), IT IS SO ORDERED that Defendant shall have an extension, up to and including April 1, 2024, to respond to Plaintiff's Motion for Summary Judgment.  Plaintiff shall have up to and including April 15, 2024, to file an optional reply.

IT IS SO ORDERED.

Dated:   **March 14, 2024**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE