PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
DAVID PRIDDY (ILSBN 6313767)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
David.Priddy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| KULWANT SINGH SIDHU,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:23-CV-01358-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSIN OF TIME; ORDER<br><br>(Doc. 16) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended fourteen (14) days from April 1, 2024, up to and including April 15, 2024. This is Defendant's second request for an extension to file a brief in this action and there is good cause to grant this request.

Defendant's brief is currently due April 1, 2024, pursuant to a first stipulated extension of fourteen days.  This second stipulation seeks an additional fourteen days to file the brief.

Our office has hired several new attorneys that started in the beginning of September 2023.  Defendant's counsel is assigned to mentor one of the new attorneys and review her briefing, which requires a significant amount of time and training.  This case is being used as a training case.  Due to the pending deadlines in these other training cases, the deadline for this case needs to be shifted by fourteen days. An additional fourteen days would provide Defendant's counsel with sufficient time to review the new attorney's work and properly respond to Plaintiff's opening brief.  For these reasons, this Court should grant Defendant's unopposed request and extend the deadlines to file a response to Plaintiff's opening brief and the optional

reply brief.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated:  March 26, 2024                 /s/ *Jonathan Omar Pena**
                                                (*as authorized via e-mail on March 25, 2024)
                                                JONATHAN OMAR PENA
                                                Attorney for Plaintiff

Dated:  March 26, 2024                 PHILLIP A. TALBERT
                                                United States Attorney
                                                MATHEW W. PILE
                                                Associate General Counsel
                                                Social Security Administration

                                    By:     /s/ *David Priddy*
                                                DAVID PRIDDY
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' stipulation (Doc. 16), IT IS SO ORDERED that Defendant shall have an extension, up to and including April 15, 2024, to respond to Plaintiff's Motion for Summary Judgment.  The remaining deadlines in the scheduling order (Doc. 5) are enlarged accordingly.


      IT IS SO ORDERED.

      Dated:   **March 29, 2024**                  /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE