Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Kulwant Singh Sidhu

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| Kulwant Singh Sidhu, | Case No.  1:23-cv-01358-SKO |
| Plaintiff, | **STIPULATION AND UNOPPOSED MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER** |
| v. | |
| Martin O'Malley[1], Commissioner of Social Security, | |
| Defendant. | (Doc. 16) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of  ZERO dollars ($0.00) under 28 U.S.C.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

§1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered and made payable to Plaintiff's counsel, Jonathan O. Peña. Additionally, any payment of costs under 28 U.S.C. §1920 may be made either by electronic fund transfer (EFT) or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

-2-

1

2  Dated: August 22, 2024                  _____/s/ *Jonathan O. Peña*_____

3                                          JONATHAN O. PEÑA
                                           Attorney for Plaintiff
4

5  Dated: August 22, 2024                  PHILLIP A. TALBERT

6                                          United States Attorney
                                           MATHEW W. PILE
7                                          Associate General Counsel

8                                          Office of Program Litigation
                                           Social Security Administration
9

10                                     By:  _*_ *David Priddy*

11                                          David Priddy
                                            Special Assistant U.S. Attorney
12                                          Attorneys for Defendant
                                            (*Permission to use electronic signature
13                                          obtained via email on August 22, 2024).

14

15                                 **ORDER**

16      Based upon the parties' Stipulation and Unopposed Motion for the Award and Payment of Equal

17  Access to Justice Act Fees and Expenses (the "Stipulation") (Doc. 26),

18      **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE

19  HUNDRED DOLLARS AND 00/100 ($7,500.00) as authorized by the Equal Access to Justice Act

20  (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920,

21

22  be awarded subject to the terms of the Stipulation.

23

24  IT IS SO ORDERED.

25

26  Dated:  **August 23, 2024**              _____/s/ *Sheila K. Oberto*_____

27                                          UNITED STATES MAGISTRATE JUDGE

28